UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREI RAILEANU,<br><br>    Defendant | Case No.:2:13-cr-038-APG-PAL<br><br>ORDER |

**ORDER**

Good cause appearing, the best interest of justice and judicial economy being served by the granting of the stipulation:

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, September 3, 2015 at 10:00 a.m., be vacated and continued to December 9, 2015 at the hour of 11:00 a.m.

DATED this 1st day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

3